UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-CR-20351-GRAHAM/GOODMAN

UNITED STATES OF AMERICA,

v.

SAUBNET DWAYNE POLITESSE,

Defendant.
_____/

## REPORT AND RECOMMENDATIONS ON MOTIONS TO SUPPRESS

This cause is before the Undersigned by Order of Reference from the District Court of Politesse's motions to suppress. [ECF Nos. 131; 137; 143; 144]. The government filed a motion indicating that Politesse pleaded guilty at a change of plea hearing held on August 6, 2012 and requesting that the Court therefore deny the motions to suppress as moot.

Consequently, the Undersigned **RESPECTFULLY RECOMMENDS** that the District Court **DENY AS MOOT** [ECF Nos. 131; 137] Politesse's motions to suppress. As a corollary, the Undersigned also **RESPECTFULLY RECOMMENDS** that the District Court **GRANT** [ECF No. 166] the government's Motion to Cancel Scheduled Suppression Hearing to the extent that it requests that the District Court deny as moot the motions to suppress.[1]

Pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Rule 4(b), the parties have 5 days to serve and file written objections, if any, with the District Court. Each party may file a response to the other party's objection no later than 2 days thereafter.

---

[1] The Undersigned previously cancelled the evidentiary hearing on the motions to suppress that was scheduled for August 7, 2012. [ECF No. 167].

Failure to timely file objections shall bar the parties from a *de novo* determination by the District Court of an issue covered in this report and shall bar the parties from attacking on appeal the factual findings contained herein. *Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993) (citing *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988)).[2]

**RESPECTFULLY RECOMMENDED** in Chambers, at Miami, Florida, this 6th Day of August, 2012.

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

**The Honorable Donald L. Graham**

**All Counsel of Record**

---

[2] The Undersigned is exercising his discretion to shorten the objections period in light of the fact that the motions truly appear to be moot.